UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00251 |
| | ) | JUDGE CAMPBELL |
| GERALD EDWIN FARMER | ) | |

ORDER

Pending before the Court is Defendant's Motion to Withdraw and for Appointment of New Counsel (Docket No. 32). The Court will hold a hearing on the Motion on March 8, 2013, at 12:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE